GERALD MACKNEY, an Infant, by GLENN T. MACKNEY, His Guardian ad Litem et al., Appellants, *v.* STATE OF NEW YORK, Respondent.   (Claim No. 25530.)

Reported below, 262 App. Div. 1063.
Submitted October 19, 1942; decided October 29, 1942.

*John J. Bennett, Jr., Attorney-General (Joseph L. Fitzgerald* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed with costs, and ten dollars costs of motion, unless appellant serves and files return on appeal and an undertaking, and pays ten dollars costs, within thirty days in which event the motion is denied.